HUNT, APPELLANT, *v.* HUMPHREYS, SUPT., APPELLEE.

[Cite as Hunt *v.* Humphreys (1988), 35 Ohio St. 3d 65.]

(No. 87-651—Decided January 27, 1988.)

*Everett Hunt, Jr., pro se.*

*Anthony J. Celebrezze, Jr.,* attorney general, and *Alexander G. Thomas,* for appellee.

For the reasons stated in the judgment entry of the court of appeals below, No. 87-CA-5, dated April 8, 1987, the dismissal of appellant's petition for a writ of habeas corpus is hereby affirmed.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.